[No. 23179–1–I.  Division One.  April 30, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
BERNARD SPENCER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 88–1–00887–2, Stephen M. Reilly, J., entered
October 7, 1988. *Affirmed* by unpublished opinion per
Coleman, C.J., concurred in by Winsor and Baker, JJ.

[No. 22657–6–I.  Division One.  April 30, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN ELLIS
STANDIFER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 88–1–01365–5, Peter K. Steere, J., entered July
13, 1988. *Affirmed* by unpublished opinion per Coleman,
C.J., concurred in by Winsor and Baker, JJ.

[No. 24038–2–I.  Division One.  April 30, 1990.]

JEAN M. KEEFER, ET AL, *Appellants*, v. DARSI
PROPERTIES, INC., ET AL, *Respondents*.

Appeal from judgments of the Superior Court for King
County, No. 86–2–08440–1, Arthur E. Piehler, J., entered
March 9 and 27, 1989. *Affirmed* by unpublished opinion per
Winsor, J., concurred in by Scholfield and Baker, JJ.

[No. 9713–7–III.  Division Three.  May 1, 1990.]

WILBUR–ELLIS COMPANY, *Appellant*, v. GERALD
HAWLEY, JR., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for
Franklin County, No. 88–2–50185–1, Albert J. Yencopal, J.,
entered November 21, 1988. *Affirmed* by unpublished opin-
ion per Munson, C.J., concurred in by Thompson and
Shields, JJ.